```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 7/26/05
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
DELORES WILLIAMS,

        Plaintiff,

        -against-

CONSOLIDATED EDISON
CORPORATION OF NEW YORK,

        Defendant.
-----------------------------------------------------------x

**ORDER REGULATING DISCOVERY**

04 Civ. 3437 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Defendant asks me to set aside the July 5, 2005 ruling of Magistrate Judge Ellis allowing Plaintiff to question Liliana Gonzalez, the former director of Con Edison's Equal Employment Opportunity (EEO) Affairs Department, about the substance of certain non-party complaints of alleged discrimination filed in court cases and complaints to the New York State Division of Human Rights and the New York City Commission of Human Rights.

        It is hereby ordered that, in addition to questioning Ms. Gonzalez about the names, addresses, and telephone numbers of such complainants, Plaintiff can ask Ms. Gonzalez only the dates of such complaints and the date on which the complainant's employee status changed. Such inquiry shall be subject to a protective order guarding the confidentiality of such employees and limiting use to only this case, and be confined to complaints filed up to three years before the date of Plaintiff's complaint. Such discovery shall be completed by August 26, 2005. Upon completion of discovery, the parties shall identify to me, via my chambers rules 2E procedure, the information that has been gathered, and recommend any further appropriate proceedings.

SO ORDERED.

Dated:    New York, New York
          July 26, 2005

                                      _____
                                      ALVIN K. HELLERSTEIN
                                      United States District Judge