UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
DELORES WILLIAMS,

    Plaintiff,

-against-

CONSOLIDATED EDISON
CORPORATION OF NEW YORK,

    Defendant.
------------------------------------------------------x

**ORDER REGULATING DISCOVERY**

04 Civ. 3437 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    In response to the letter dated November 17, 2005 by counsel for Consolidated Edison Company:

1. The Court did not intend to abridge attorney-client or work product privileges. Privilege, however, extends to particular papers, not to a file.

2. Applications to the Court should be joint, not ex parte.

SO ORDERED.

Dated:    New York, New York
          November 18, 2005

                                        ALVIN K. HELLERSTEIN
                                        United States District Judge